532

389 A.2d 173

Commonwealth v. McMahon, Appellant.

Submitted March 21, 1977.   Michael E. Bortner, Assistant Public Defender, and Robert L. Martin, Public Defender, for appellant;  Robert A. Mix and C. Kent Price, Assistant District Attorneys, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 173

Commonwealth v. Markle, Appellant.

Submitted March 16, 1977.   H. Stanley Rebert, Assistant Public Defender, for appellant;  Sheryl Ann Dorney, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.